Elisabeth French
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 (fax)
Attorneys for Plaintiff:
Henry Carroll

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Henry Carroll,<br>                Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

CASE NO. 06-0880 CRB

Come now the Plaintiff Henry Carroll and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: October 24, 2006.   PITTMAN, DUTTON, KIRBY & HELLUMS

By: _____
Elisabeth French
Attorney for Plaintiff, William Long

DATED: October 24, 2006.   GORDON & REES

By: _____
Stuart M. Gordon
Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 27, 2006

_____
Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer